AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF COLORADO

Civil Action No. _____

DAVID HELMER, FELICIA MUFTIC, MICHAEL MUFTIC, CRAIG KANIA, OLIVER MARTIN, on behalf of themselves and all others situated,

                    Plaintiffs,

   v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio Corporation,

                    Defendant.

### SUMMONS IN A CIVIL ACTION

To:  The Goodyear Tire & Rubber Co.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  David L. Black, #22380
  DBlack@perkinscoie.com
  Craig M.J. Allely, #17546
  CAllely@perkinscoie.com
  Jess A. Dance, #35803
  JDance@perkinscoie.com
  1900 Sixteenth, Suite 1400
  Denver, CO  80202

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

## Proof of Service

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

☐ This summons for (*name of individual and title, if any*) _____ was received by me on (date) . _____ .

☐ I personally served the summons on the individual at (*place*) _____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*):



My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

76295-0001/LEGAL23145537.1