IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00685-RBJ-MEH | Date:   July 31, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

DAVID HELMER, *et al.*,                                                           Robert Miller
                                                                                                      Alex Bailey
           Plaintiffs,                                                                    David Black

vs.

THE GOODYEAR TIRE & RUBBER CO.,                                Lawrence Michael Brooks, Jr.
                                                                                                      Mary Wells
           Defendant.                                                                    Roger Thomasch

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**      3:04 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant's Motion to Disqualify Plaintiffs' Counsel Perkins Coie, LLP (Doc. #24, filed 5/29/12).

The Court takes the motion under advisement.

Defendant's counsel is granted leave to file a supplement to the Reply to Plaintiffs' Response to the Motion to Disqualify Plaintiffs' Counsel on or before **August 6, 2012,** regarding the timeline and notebook presented to the Court by Mr. Miller.

**Court in recess:**        5:09 p.m.   **(Hearing concluded)**
**Total time in court:**   2:05