IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00685-RBJ-MEH

DAVID HELMER,
FELICIA MUFTIC,
MICHAEL MUFTIC,
CRAIG KANIA, and
OLIVER MARTIN, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2012.**

     Pending before the Court is Plaintiffs' Motion to Strike Goodyear's Supplement to Reply in Support of Motion to Disqualify [filed August 7, 2012; docket #41]. Pursuant to D.C. Colo. LCivR 7.1C, the Court provided Defendant with 21 days to respond to the motion; however, Defendant has not done so. Upon review of Defendant's Supplement to Reply in Support of Motion to Disqualify [docket #40] and the July 31, 2012 Courtroom Minutes [docket #39], the Court does not find that Defendant's Supplement exceeds the scope of the Court's instruction to "file a supplement...regarding the timeline and notebook presented to the Court by Mr. Miller." The Court is mindful of Plaintiffs' arguments and has considered them in its adjudication of the underlying motion to disqualify, but does not find good cause to strike the Supplement. Therefore, Plaintiffs' motion is **denied**.