IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 12-cv-00685-RBJ | Date: February 28, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| DAVID HELMER | *Rick D. Bailey* |
| FELICIA MUFTIC | *Michael J. Flannery* |
| MICHAEL MUFTIC | *Gary E. Mason* |
| CRAIG KANIA | *Jason Rathod (need entry of appearance)* |
| OLIVER MARTIN | *David K. TeSelle* |
| **Plaintiffs** | |
| v. | |
| THE GOODYEAR TIRE & RUBBER CO. | *L. Michael Brooks, Jr.* |
| | *David L. Lenyo* |
| | *Chad J. Schmit* |
| | *David M. Stauss* |
| | *Roger P. Rhomasch* |
| **Defendant** | |

**COURTROOM MINUTES**

**EVIDENTIARY HEARING on MOTION TO CERTIFY CLASS**

Court in Session: 8:59 a.m.

Appearance of counsel.

Opening statements given.

Plaintiff, David Helmer, called and sworn.

9:33 a.m.      Direct examination of Mr. Helmer by Mr. TeSelle.

9:47 a.m.      Cross examination of Mr. Helmer by Mr. Lenyo.

Plaintiff's witness, Dr. John Moalli, called and sworn.

9:53 a.m.         Direct examination of Dr. Moalli by Mr. Bailey.

**10:13 a.m.       Court in recess.**
**10:28 a.m.       Court in session.**

Continued direct examination of Dr. Moalli by Mr. Bailey.

11:04 a.m.        Cross examination of Dr. Moalli by Mr. Lenyo.

**11:59 a.m.       Court in recess.**
**1:20 p.m.        Court in session.**

Discussion held on timing for today, pending trial, and offer of proof.

Plaintiff's witness, Teresa Collins, called and sworn.

1:47 p.m.         Direct examination of Ms. Collins by Mr. Bailey.

1:53 p.m.         Cross examination of Ms. Collins by Mr. Stauss.

2:05 p.m.         Redirect examination of Ms. Collins by Mr. Bailey.

2:08 p.m.         Examination of Ms. Collins by the Court.

**ORDERED:   Plaintiffs' Motion for admission of exhibits and deposition extracts as to this hearing is GRANTED.  Exhibits are admitted.**

Discussion held on Plaintiffs' exhibit 14.  Plaintiffs rest.

**ORDERED:   Defendant's exhibits are admitted for the purposes of this hearing only.**

Defendant's witness, Gary Tomkin, called and sworn.

2:18 p.m.         Direct examination of Mr. Tompkin by Mr. Thomasch.

**2:54 p.m.        Court in recess.**
**3:10 p.m.        Court in session.**

Continued direct examination of Mr. Tompkin by Mr. Thomasch.

3:27 p.m.         Cross examination of Mr. Tompkin by Mr. Bailey.

Deposition testimony of Mrs. Muftic and Dr. Muftic read by Mr. Lenyo.

Defendant's witness, Dr. Jorgen Bergstrom, called and sworn.

3:55 p.m.       Direct examination of Dr. Bergstrom by Mr. Stauss.

4:16 p.m.       Cross examination of Dr. Bergstrom by Mr. Bailey.

Defendant's witness, Dr. Bruce Strombom, called and sworn.

4:17 p.m.       Direct examination of Dr. Strombom by Mr. Stauss.

4:26 p.m.       Cross examination of Dr. Strombom by Mr. Bailey.

4:29 p.m.       Closing argument by Mr. Mason.

4:42 p.m.       Closing argument by Mr. Brooks.

**ORDERED:**  [88] Plaintiffs' Motion for Class Certification is TAKEN UNDER ADVISEMENT, written order to issue.

Court in Recess:  4:59 p.m.          Hearing concluded.          Total time in Court:  06:08

Clerk's note:  Witness exhibits were returned to counsel at the end of the hearing.  Court retains copies.