**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**May 7, 2014**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

THE GOODYEAR TIRE & RUBBER
CO., an Ohio corporation,

    Petitioner,

v.

DAVID HELMER; FELICIA MUFTIC;
MICHAEL MUFTIC; CRAIG KANIA;
OLIVER MARTIN, on behalf of
themselves and all others similarly situated,

    Respondents.

No. 14-700
(D.C. No. 1:12-CV-00685-RBJ-MEH)

_____

**ORDER**
_____

Before **LUCERO**, **TYMKOVICH**, and **MATHESON**, Circuit Judges.
_____

    This matter is before the court on the Petition for Review of Class Certification Order Under Federal Rule of Civil Procedure 23(f), filed the by Defendant The Goodyear Tire & Rubber Co. in the underlying district court case (the "Petition"). Plaintiffs-Respondents filed their Response to Petition for Review of Class Certification Order. Petitioner then filed its Unopposed Motion for Leave to File Reply in Support of Petition for Permission to Appeal Class Certification Order Under Federal Rule of Civil Procedure 23(f) and submitted a proposed reply brief.

    As an initial matter, Petitioner's unopposed motion to file a reply brief is granted. The reply brief shall be deemed filed as of the date it was received by the court.

Upon careful consideration of the pleadings, the record, and the materials submitted by the parties, the Petition is denied.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *Lara Smith*

        by: Lara Smith
           Counsel to the Clerk