IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     12-cv-00685-RBJ-MEH | Date: December 19, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Tamara Hoffschildt |

| *Parties* | *Counsel* |
|---|---|
| DAVID HELMER | Rick D. Bailey |
| FELICIA MUFTIC | Michael J. Flannery |
| MICHAEL MUFTIC | Katherine W. Van Dyck |
| CRAIG KANIA | Jason S. Rathod |
| OLIVER MARTIN | |
| **Plaintiffs** | |
| v. | |
| THE GOODYEAR TIRE & RUBBER CO. | David L. Lenyo |
| | David M. Stauss |
| | L. Michael Brooks, Jr. |
| | Roger P. Thomasch |
| **Defendants** | |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**Court in Session: 9:00 a.m.**

Argument given on pending motions that have not had a response filed.

**ORDERED:** [154] Defendant The Goodyear Tire & Rubber Company's Motion in Limine to Exclude Expert Testimony of Edward Fronapfel is **GRANTED IN PART** and **DENIED IN PART.**

[155] Plaintiffs' Motion in Limine Regarding Expert Jorgen Bergstrom's Computer Model is **GRANTED.**

[156] Plaintiffs' Motion in Limine to Exclude Certain Tetimony of Dr. Bruce Strombom is **GRANTED.**

> **[157] Goodyear's Motion in Limine to Preclude any Evidence Related to any Entran II Claim, Lawsuit, Settlement, or Judgment is GRANTED.**
>
> **[158] Goodyear's Motion in Limine to Exclude any Evidence Related to any Claims Beyond Strict Liability for Design Defect is GRANTED.**
>
> **[160] Plaintiffs' Motion for Supplemental Juror Questionnaire is DENIED.**
>
> **[162] Goodyear's Motion to Exclude Testimony About Alleged Leaks or Hose Failures Where the Hose was not Preserved for Inspection is DENIED.**
>
> **[166] Goodyear's Motion in Limine to Exclude Testimony by Plaintiffs' expert Dr. John E. Moalli is DENIED.**
>
> **[167] Plaintiffs' Motion in Limine to Exclude Evidence Related to Entran 3 Installation Manuals or Instructions is DENIED.**

Jury instructions reviewed and ruled upon as stated on the record.

**Court in recess:**     10:27 a.m.
**Court in session:**    10:42 a.m.

Discussion held on holding two phases regarding jury instructions.

**Court in recess:**     10:48 a.m.
**Court in session:**    10:59 a.m.

Parties do not agree on two phases of jury instructions.

Discussion held on length of jury trial and settlement discussions with a magistrate judge.

Continued review of jury instructions with rulings as stated on the record.

Discussion held on contacting the Court in the next two weeks, issues to be presented at trial, and contacting the magistrate judge.

**Court in Recess:  12:26 p.m.**          Hearing concluded.          Total time in Court:  03:00