IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00685-RBJ-MEH

DAVID HELMER,
FELICIA MUFTIC, and
MICHAEL MUFTIC,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2014.**

    The Joint Motion Regarding Procedures for Settlement Conference [filed December 24, 2014; docket #170] is **granted** as requested in the motion.