IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00685-RBJ-MEH

DAVID HELMER,
FELICIA MUFTIC,
MICHAEL MUFTIC,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio Corporation.

    Defendant.

---

**DEFENDANT'S ATTACHMENTS TO BILL OF COSTS**

---

# INVOICES REGARDING TRANSCRIPTS

**Kathy Ledger**

| | |
|---|---|
| **From:** | Tamara Hoffschildt [tamarahoffschildt@gmail.com] |
| **Sent:** | Monday, December 22, 2014 9:56 AM |
| **To:** | Kathy Ledger |
| **Subject:** | Re: 12/19/14 Hearing Transcript re 12-cv-00685-RBJ-MEH |

Hi Kathy,

I am currently working on the transcript. Both sides have requested it. The amount due is $99.00 The transcript should be ready by Monday December 29, 2014.

Please make the check payable to Tammy Hoffschildt. My EIN is 45-4436424. My address is 901 19th Street, Room A251, Denver, CO 80294.

Thank you.

On Fri, Dec 19, 2014 at 3:46 PM, Kathy Ledger <kledger@warllc.com> wrote:

Hi Tamara:

I left you a v-mail regarding Mike Brooks, counsel for Defendant, would like to obtain a copy of the hearing transcript from the Trial Preparation Conference held today in the reference case (*Helmer, et al. v. Goodyear*) before the start of the trial on 1/5/15.

As I indicated, I will be out of the office next week, so if you need any further information, etc., please contact Henry who is cc'd on this email. His direct phone number is 303-813-6538.

Thank you for your assistance.

Kathy

1

# CHECK REQUEST FORM

NO NEED TO RETURN CHECK: __X__

Date: _____12/29/14_____

Prepared by: ____kl____         for Attorney: ____LMB____

| Payee Name/Address* | Amount | Client/Firm Name | Client/Firm Matter No. | Posted WinVan Reference # |
|---|---|---|---|---|
| Tammy Hoffschildt<br>901 19th Street, Room A251<br>Denver, CO 80294<br><br>EIN # 45-4436424 | $99.00 | GOHELMER | 124-023 | 806982 |

Description: _____Invoice regarding transcript of 12/19/14 Trial Prep Conference_____

**Please have attorney initial here for costs $300+** _____

*no need for address if it is on the attached vendor invoice

doc #0922049.xlsx

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 460
Denver, CO 80203
(303) 825-6119   Fax ()

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 108466 | 09/18/2012 | 01-38147 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/31/2012 | WOODWI | 12 CV 00685 R |

| CASE CAPTION |
|---|
| HELMER VS. THE GOODYEAR TIRE |
| **TERMS** |
| Due upon receipt |

LAWRENCE MICHAEL BROOKS, ESQ.
WELLS, ANDERSON & RACE
1700 BROADWAY, SUITE 1020
DENVER, CO 80290

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| MOTION HEARING | 82 Pages | 164.00 |
| DELIVERY FEE | | 10.00 |
| | TOTAL DUE >>>> | 174.00 |

TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS HELD BEFORE MAGISTRATE
JUDGE MICHAEL E. HEGARTY.
REFERENCE NO. 124023

TAX ID NO. : 84-1079884

*Please detach bottom portion and return with payment.*

LAWRENCE MICHAEL BROOKS, ESQ.
WELLS, ANDERSON & RACE
1700 BROADWAY, SUITE 1020
DENVER, CO 80290

Job No.    : 01-38147
Case No.   : 12 CV 00685 RBJ MEH
HELMER VS. THE GOODYEAR TIRE
Invoice No.: 108466
Date       : 09/18/2012
**TOTAL DUE** : 174.00

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC #: |
| Exp. Date:            Phone #: |
| Billing Address: |
| Amount to Charge:                Zip: |
| Cardholder's Signature: |

Remit To:  Avery Woods Reporting Service, Inc.
           455 Sherman Street
           Suite 460
           Denver, CO 80203

| | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | FOR THE DENVER, COLORADO | | |

INVOICE NO: 20141616

MAKE CHECKS PAYABLE TO:

Michael Brooks
Wells Anderson & Race, LLC
1700 Broadway
Suite 1020
Denver, CO 80290

Phone: (303) 812-1256
FAX: (303) 830-0898

mbrooks@warllc.com

Kara Spitler, CRR, RMR
United States Court Reporter
901 19th Street
Denver, CO 80294

Phone: (303) 623-3080

Tax ID: 84-1058597
spitmart@att.net

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 03-10-2014

DATE DELIVERED: 03-11-2014

Case Style: 12CV685, Helmer, et al., v Goodyear
2-28-14 class-certification hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 265 | 0.90 | 238.50 | | | | 238.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 238.50

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $238.50

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE 03-11-2014

*(All previous editions of this form are cancelled and should be destroyed)*

## CHECK REQUEST FORM

**NO NEED TO RETURN CHECK:** ___XXX___

Date: 3/11/2014

Prepared by: Kathy Ledger     for Attorney: LMB

| GL/Acct Code | Payee Name/Address* | Amount | Client/Firm Name | Client/Firm Matter No. |
|---|---|---|---|---|
|  | Kara Spitler, CRR, RMR<br>United States Court Reporter<br>901 19th Street<br>Denver, CO 80294 | $238.50 | GOHELMER | 124-023 |

Invoice No. 20141616 re transcript of 2/28/14 Class-Certification Hearing

**Leave GL/Acct Code for Firm Administrator**

**Please have attorney initial here for costs over $300:** _____

*no need for address if it is on the attached vendor invoice*