IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00685-RBJ-MEH

DAVID HELMER,
FELICIA MUFTIC,
MICHAEL MUFTIC,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio Corporation.

    Defendant.

---

**DEFENDANT'S ATTACHMENTS TO BILL OF COSTS**

---

# INVOICES REGARDING PRINTING EXEMPLIFICATION



# LITIGATION SOLUTIONS INCORPORATED

Denver, Colorado (303) 820-2000

www.lsicolorado.com

Denver

**INVOICE**

| Date | Invoice # |
|---|---|
| 1/6/2015 | LSI-000365 |

Please Remit All Payments To:

## LSI Colorado
## 1600 Stout Street
## Suite 720
## Denver, CO 80202

We Accept Payment With Credit Cards

Job #: 1501004

| Bill To | Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|---|
| Amanda , Ballard Spahr 1225 17th St. Suite 2300 Denver, CO 80202 | 00136134 | Net 30 | RMaest | Christine Snider |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Copying :Copying - D | 4133 | $0.160 | $661.28T |
| Copying :Index Tabs | 575 | $0.250 | $143.75T |
| Copying :Color Copies 8 1/2 X 11 | 2582 | $1.000 | $2,582.00T |
| Binding Services:View Binders (3-Ring):3 | 7 | $20.000 | $140.00T |
| Binding Services:View Binders (3-Ring):4 | 5 | $28.000 | $140.00T |

Your signature is an agreement that the above described work has been authorized and received. Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment.

| | |
|---|---|
| Subtotal: | $3,667.03 |
| Sales Tax(0.0762): | $279.43 |
| Total: | $3,946.46 |

Customer Signature: _____ Date: _____

Tax ID Number: 84-1612777

LSI retains client data for a period of 90 days. All client data will be purged after 90 days unless a written retention request is received.



# Invoice

| Date | Invoice # |
|---|---|
| 1/15/2015 | 9258 |

**i-Legal, Inc.**

11811 Upham St. Unit #6
Broomfield, CO 80020

Phone #  303-465-0616
Fax #    303-460-9309

| Bill To |
|---|
| Goodyear Tire and Rubber |
| c/o Ballard Spahr, LLP |
| 1225 17th St., Suite 2300 |
| Denver, CO 80202 |

| Attention | Terms | Rep |
|---|---|---|
| Roger Thomasch | Net 30 | JL |
| Reference: | | Gy/Helmer |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Trial Display Services - in court to operate display | 8 | 750.00 | 6,000.00 |
| Convert and name to exhibit files from PDF to TIF and JPG | 13,280 | 0.10 | 1,328.00T |
| Print original exhibit set for review and production (5 sets) - black and white | 6,655 | 0.10 | 665.50T |
| Color Printing - original set | 2,265 | 0.69 | 1,562.85T |
| Tabs provided by GH/insertion and creating notebooks | 1,105 | 0.39 | 430.95T |
| Printing Moalli Cross set * 3 sets /BW | 2,379 | 0.07 | 166.53T |
| Large Notebook 4 per set | 20 | 10.00 | 200.00T |
| Moalli cross printing - color | 279 | 0.69 | 192.51T |
| Color and Black and white printing on deskjet in court | 382 | 1.00 | 382.00T |
| Additional service provided prior to and throughout trial as described in the attached sheet. (hours) | 59.5 | 200.00 | 11,900.00 |

| | |
|---|---|
| **Subtotal** | $22,828.34 |
| **Sales Tax (7.62%)** | $375.54 |
| **Total** | $23,203.88 |

Federal Tax ID #: 84-1474496

i-Legal@i-Legal.com    www.i-Legal.com

Please make checks payable to i-Legal, Inc.

Invoice Number: 21213

# CREATIVE TECHNOLOGY

## 137 HERITAGE WOODS DRIVE
## AKRON OH 44321

Invoice Date: Jan 28, 2015

Purchase Order:

Voice 330 668-7777 Fax 330 665-3718

BILL TO:
ATTN: NANCY CODY
GOODYEAR TIRE & RUBBER CO
1144 E MARKET ST
AKRON, OH 44316-0001

| Customer ID | Client/job | Payment Terms | Sales Rep | Page |
|---|---|---|---|---|
| GOODYEAR | HELMER CASE: HOSE COMPONENTS | Net 30 Days | SEIBERLING | 1 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| | LEGAL ANIMATION-HELMER V THE GOODYEAR TIRE & RUBBER COMPANY: HOSE COMPONENTS & INSTALLATION DYNAMICS<br>- Creation of 3D computer models featuring internal construction and step-down hose components of Entran2, Entran3 and Entran3delta<br>- Creation of images illustrating internal components of Entran2, Entran3 and Entran3delta and a side by side line up of these hose products<br>- Creation of animated sequences illustrating the dynamics of the hose bend radius:<br>-- Straight section of hose attached to copper pipe fitting with a clamp<br>-- Bend hose to 4" radius<br>-- Reveal cross-sectional view of hose to show effects on internal components<br>-- Introduce magnified view of hose / fitting connection<br>-- Bend hose to 2" radius<br>-- Bend hose to 1" radius<br>-- ¾ angle view of hose to illustrate stretch of material in situations of excessive bend<br>- Creation of animated sequences illustrating the dynamics of hose stretch under tension:<br>-- Side by side comparison of hose stretched to | | 5,775.00 |

| | Sales Tax | Continued |
|---|---|---|
| Total Invoice Amount | | Continued |
| | Total | Continued |

A FINANCE CHARGE OF 1&1/2% PER MONTH WILL BE ADDED TO ALL AMOUNTS PAST DUE

# CREATIVE TECHNOLOGY

## 137 HERITAGE WOODS DRIVE
## AKRON OH 44321

Voice 330 668-7777 Fax 330 665-3718

BILL TO:

ATTN: NANCY CODY

GOODYEAR TIRE & RUBBER CO
1144 E MARKET ST
AKRON, OH  44316-0001

| Customer ID | Client/job | Payment Terms | Sales Rep | Page |
|---|---|---|---|---|
| GOODYEAR | HELMER CASE: HOSE COMPONENTS | Net 30 Days | SEIBERLING | 2 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| | reach fitting<br>-- Reveal of internal components illustrating elongation of reinforcement yarn<br>-- Slight narrowing or necking of hose leading up to connection point<br>-- Animation illustrating 10% stretch<br>-- Animation illustrating 20% stretch<br>Project models, images and files archived<br>Approval and final videos delivered electronically | | |

Sales Tax

Total Invoice Amount        $5,775.00

Total        $5,775.00

A FINANCE CHARGE OF 1&1/2% PER MONTH WILL BE ADDED TO ALL AMOUNTS PAST DUE

Invoice Number: 21212

# CREATIVE TECHNOLOGY

## 137 HERITAGE WOODS DRIVE
## AKRON OH 44321

Invoice Date: Jan 28, 2015

Purchase Order:

Voice 330 668-7777 Fax 330 665-3718

BILL TO:
ATTN: NANCY CODY
GOODYEAR TIRE & RUBBER CO
1144 E MARKET ST
AKRON, OH 44316-0001

| Customer ID | Client/job | Payment Terms | Sales Rep | Page |
|---|---|---|---|---|
| GOODYEAR | HELMER CASE: MANUFACTURING PROCESS | Net 30 Days | SEIBERLING | 1 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| | LEGAL ANIMATION-HELMER V THE GOODYEAR TIRE & RUBBER COMPANY: CONTINUOUS-LINE MANUFACTURING PROCESS | | 10,725.00 |
| | - Creation of 3D computer models featuring internal construction and step-down hose components of Entran2, Entran3 and Entran3delta | | |
| | - Creation of 3D computer models for the purpose of animated illustration of the continuous-line manufacturing process | | |
| | - Creation of animated sequences illustrating the continuous-line manufacturing process: | | |
| | -- Establishing overview of continuous-line process | | |
| | -- Present extrusion tube and die | | |
| | -- Operators panel with laser measurement monitor screen | | |
| | -- Extrusion of EPDM Inner Tube | | |
| | -- Laser measurement | | |
| | -- Cooling Bath | | |
| | -- Tension Control | | |
| | -- 2 stages of yarn reinforcement | | |
| | -- EPDM tie-gum friction layer | | |
| | -- EVOH layer | | |
| | -- Outer cover | | |
| | -- Printing on hose | | |
| | -- Hose coiled onto curing pan | | |
| | | Sales Tax | Continued |
| | | Total Invoice Amount | Continued |
| | | Total | Continued |

A FINANCE CHARGE OF 1&1/2% PER MONTH WILL BE ADDED TO ALL AMOUNTS PAST DUE

# CREATIVE TECHNOLOGY

137 HERITAGE WOODS DRIVE
AKRON OH 44321

Voice 330 668-7777 Fax 330 665-3718

Invoice Number: 21212
Invoice Date: Jan 28, 2015
Purchase Order:

BILL TO:
ATTN: NANCY CODY
GOODYEAR TIRE & RUBBER CO
1144 E MARKET ST
AKRON, OH  44316-0001

| Customer ID | Client/job | Payment Terms | Sales Rep | Page |
|---|---|---|---|---|
| GOODYEAR | HELMER CASE: MANUFACTURING PROCESS | Net 30 Days | SEIBERLING | 2 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| | - Creation of animation sequence illustrating the end-of-line inspection:<br>-- Cutting of green hose sample<br>-- List of measurements of hose sample<br>-- Present Audit Form example<br>--- Redaction and clean-up of Form example<br>-- 2nd version of sequence without Audit Form<br>Project models, images and files archived<br>Approval and final videos delivered electronically | | |

Sales Tax
Total Invoice Amount           $10,725.00

Total           $10,725.00

A FINANCE CHARGE OF 1&1/2% PER MONTH WILL BE ADDED TO ALL AMOUNTS PAST DUE