IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00685-RBJ-MEH

DAVID HELMER,
FELICIA MUFTIC,
MICHAEL MUFTIC,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio Corporation.

    Defendant.

**DEFENDANT'S ATTACHMENTS TO BILL OF COSTS**

# INVOICES REGARDING DEPOSITIONS

**Veritext New Jersey**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** David L. Lenyo, Esq<br>Garfield & Hecht PC<br>601 E Hyman Ave.<br>Aspen, CO, 81611-2941 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ1889721<br>11/12/2013<br>$0.00 |

| | |
|---|---|
| **Case:** | Entran 3 v. Goodyear |
| **Job #:** | 1748194 \| Job Date: 10/30/2013 \| Delivery: Expedited |
| **Billing Atty:** | David L. Lenyo, Esq |
| **Location:** | Sheraton Suites<br>1989 Front St \| The Medina Room \| Cuyahoga Falls, OH 44221 |
| **Sched Atty:** | Charles J. LaDuca, Esq \| Cuneo Gilbert & LaDuca LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jack Romain | Certified Transcript | Page | 141.00 | $3.35 | $472.35 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| ~~Julie Ellison~~ | ~~Certified Transcript~~ | ~~Page~~ | ~~26.00~~ | ~~$3.35~~ | ~~$87.10~~ |
| | Exhibits | Per Page | 11.00 | $0.48 | $5.28 |

| | |
|---|---|
| **Notes:** | |
| | **Invoice Total:** $603.73 |
| | **Payment:** ($603.73) |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

| | | | |
|---|---|---|---|
| **To pay online, go to<br>www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | NJ1889721<br>1748194<br>11/12/2013<br>$0.00 |

38212

# INVOICE

**HOUSTON VIDEO SERVICE**
1010 Lamar, Suite 1400    (713) 739-1400
Houston, Texas 77002    1-800-229-1450

David L. Lenyo
Garfield & Hecht
601 East Hyman Avenue
Aspen, CO 81611

| INVOICE NO. | DATE |
|---|---|
| 98967 | 11/07/13 |

| JOB # | JOB DATE | REPORTER(S) | CASE NUMBER | CASE CAPTION |
|---|---|---|---|---|
| 40508 | 10/11/13 | | 1:12-CV-006 | DAVID HELMER, FELICI vs. THE GOODYEAR |

Original Videotape Deposition of
   John Sweeney

                        5 hrs. MPEG                         351.00

John Sweeney

                        Overnight Delivery - Fed Ex         65.15
                                                =========
                        T O T A L   D U E    >>>>    $416.15

..................IT IS NEW AND EXCITING!!!......................
HOUSTON REPORTING SERVICE is now affiliated with HOUSTON
VIDEOCONFERENCING. Call us and ask about how you can better
serve your clients by using videoconferencing.

*Thank You*

IF TOTAL INVOICE IS PAID BY ONE
CHECK WITHIN 30 DAYS, DEDUCT 8%
PLEASE USE INVOICE NUMBER.

TERMS AND CONDITIONS: Payable upon receipt in Houston, Harris County, Texas         TAX ID # 74-1679190

**MERRILL CORPORATION**

LegaLink, Inc.  311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14164428 | 09/23/2013 | 1407-214973 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/04/2013 | HALMWI | 1:12-CV-00685- |
| **CASE CAPTION** | | |
| (GYT) Helmer vs. Goodyear Tire & Rubber Co. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Responsible Person
The Goodyear Tire & Rubber Company
200 Innovation Way
Akron, OH 44316

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Oliver Martin                          106 Pages @      3.62/Page        383.72
        ATTENDANCE                                                           130.00
        Exhibits - Scan Only      105.00           @      .15                 15.75
        Exhibit OCR Services      105.00 Pages @         .02/Page              2.10

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Craig Kania                             68 Pages @      3.62/Page        246.16
        Exhibits - Scan Only                                                    .15
        Exhibit OCR Services                                                    .02
        Process/Delivery                                                      26.44

                                TOTAL   DUE   >>>>                           804.34
```

Thank You. We Appreciate Your Business.

Deposition Location: Green Bay, WI
Goodyear Matter #000470864-0001

ORDERED BY: Chad Schmit, Esq.
    Garfield & Hecht, P.C.
    601 East Hyman Avenue
    Aspen, CO 81611

TAX ID NO.: 20-2665382                                     (330) 796-2121

*Please detach bottom portion and return with payment.*

Responsible Person
The Goodyear Tire & Rubber Company
200 Innovation Way
Akron, OH 44316

Invoice No.: 14164428
Date       : 09/23/2013
**TOTAL DUE** :    804.34

Job No.   : 1407-214973
Case No.  : 1:12-CV-00685-RBJ-MEH
            (GYT) Helmer vs. Goodyear Tire & Rub

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

**Veritext New Jersey**
290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Roger P. Thomasch<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO, 80012 | | Invoice #: | NJ1887226 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/4/2013 |
| | | | Balance Due: | $0.00 |

| | |
|---|---|
| **Case:** | Helmer, David v. Goodyear Tire & Rubber Co. |
| **Job #:** | 1748203 \| Job Date: 10/30/2013 \| Delivery: Normal |
| **Billing Atty:** | Roger P. Thomasch |
| **Location:** | Sheraton Suites |
| | 1989 Front St \| The Vaughn Boardroom \| Cuyahoga Falls, OH 44221 |
| **Sched Atty:** | Charles J. LaDuca, Esq \| Cuneo Gilbert & LaDuca LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jeff Row | Certified Transcript | Page | 88.00 | $3.35 | $294.80 |
| | Exhibits | Per Page | 14.00 | $0.48 | $6.72 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $17.35 | $17.35 |
| **Notes:** | | | | **Invoice Total:** | $357.87 |
| | | | | **Payment:** | ($357.87) |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | Invoice #: NJ1887226 |
| **www.Veritext.com** | Veritext | Job #: 1748203 |
| Veritext accepts all major credit cards | P.O. Box 71303 | Invoice Date: 11/4/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | Balance: $0.00 |

44341



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

David L. Lenyo, Esquire
Garfield & Hecht, P.C.
601 East Hyman Avenue
Aspen, CO  81611

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89460 | 12/31/2014 | 70658 |
| **Job Date** | **Case No.** | |
| 12/5/2014 | 1:12-CV-00685-RBJ-MEH | |
| **Case Name** | | |
| Helmer, et al -v- The Goodyear Tire & Rubber Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

|  |  |  |
|---|---|---|
| David Maguire | 227.00 Pages | 1,327.95 |
| Rough ASCII | 192.00 Pages | 288.00 |
| Exhibits | 200.00 Pages | 50.00 |
| Shipping & Handling |  | 35.00 |

**TOTAL DUE >>>**     **$1,700.95**

Ordered By     :   Roger P. Thomasch, Esquire
                   Ballard Spahr, LLP
                   1225 17th Street
                   Denver, CO 80202

2 day expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

David L. Lenyo, Esquire
Garfield & Hecht, P.C.
601 East Hyman Avenue
Aspen, CO  81611

Invoice No.     :   89460
Invoice Date    :   12/31/2014
**Total Due**   :   **$1,700.95**

Remit To:   **Planet Depos, LLC**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

Job No.      :   70658
BU ID        :   21-OOT-R
Case No.     :   1:12-CV-00685-RBJ-MEH
Case Name    :   Helmer, et al -v- The Goodyear Tire & Rubber Co.

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

David L. Lenyo, Esquire
Garfield & Hecht, P.C.
601 East Hyman Avenue
Aspen, CO  81611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89460 | 12/31/2014 | 70658 |
| Job Date | Case No. | |
| 12/5/2014 | 1:12-CV-00685-RBJ-MEH | |
| Case Name | | |
| Helmer, et al -v- The Goodyear Tire & Rubber Co. | | |
| Payment Terms | | |
| Due upon receipt | | |

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,700.95 |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

David L. Lenyo, Esquire
Garfield & Hecht, P.C.
601 East Hyman Avenue
Aspen, CO  81611

| | | |
|---|---|---|
| Invoice No. | : | 89460 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$1,700.95** |

| | | |
|---|---|---|
| Job No. | : | 70658 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 1:12-CV-00685-RBJ-MEH |
| Case Name | : | Helmer, et al -v- The Goodyear Tire & Rubber Co. |

**Remit To:**  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**



# INVOICE

P.O. Box 27318, Denver, CO 80227
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

Garfield & Hecht
ATTN: Chad J. Schmit, Esq.
601 East Hyman Avenue
Aspen, CO

Invoice Number: 204552
Invoice Date: 12/09/2014

In RE: David Helmer, et al. vs. The Goodyear Tire & Rubber Co.
Video Deposition of Gary Richard Tompkin
Attendance Date: 11/18/2014, 9:00am
Reporter: Michelle - Video: Myers

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | ONE COPY OF TRANSCRIPT | | |
| 92 | One Copy of Transcript | 2.50 | 230.00 |
| 1 | Delivery of Transcript Copy | 18.00 | 18.00 |
| 1 | Electronic Copy of Transcript | 35.00 | 35.00 |
| 44 | Exhibits - Copying and Binding B/W | 0.25 | 11.00 |
| 74 | Exhibits - Copying and Binding Color | 0.55 | 40.70 |
| 118 | Exhibits - OCR Scanned | 0.35 | 41.30 |
| 92 | Rough Draft | 1.50 | 138.00 |
| 92 | Realtime Services | 1.50 | 138.00 |

Invoice Total: 652.00
Payments: 652.00

Total Amount Due: 0.00

Thank you for your continued confidence in our services.

We value your business!

Tax ID: 84-1551034

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.
Email contact: Judy@SKReporting.com

>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN WITH PAYMENT

Invoice Number:     Amount Due: $0.00     Amount Enclosed: $ _____



# Veritext New Jersey

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Roger P. Thomasch<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO, 80012 | **Invoice #:** NJ1887257<br>**Invoice Date:** 11/5/2013<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Entran 3 v. Goodyear |
| **Job #:** | 1748206 \| Job Date: 10/30/2013 \| Delivery: Normal |
| **Billing Atty:** | Roger P. Thomasch |
| **Location:** | Sheraton Suites |
| | 1989 Front St \| The Vaughn Boardroom \| Cuyahoga Falls, OH 44221 |
| **Sched Atty:** | Charles J. LaDuca, Esq \| Cuneo Gilbert & LaDuca LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Gary Tompkin | Certified Transcript | Page | 189.00 | $3.35 | $633.15 |
| | Exhibits | Per Page | 46.00 | $0.48 | $22.08 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $18.50 | $18.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $712.73 |
| Payment: | ($712.73) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NJ1887257 |
| Job #: | 1748206 |
| Invoice Date: | 11/5/2013 |
| Balance: | $0.00 |

44341