IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00685-RBJ-MEH

DAVID HELMER,
FELICIA MUFTIC,
MICHAEL MUFTIC,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio Corporation.

    Defendant.

---

**DEFENDANT'S ATTACHMENTS TO BILL OF COSTS**

---

# INVOICES REGARDING WITNESSES

Bighorn Consulting Engineers, Co. 

569 S. Westgate Dr., #1
Grand Junction, CO 81505
(970)241-8709  FAX (970)241-9514

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2015 | 3572 |

**Bill To**

The Goodyear Tire & Rubber Company
Nancy Cody
1144 East Market St
Akron, OH 44316

| Job Number | Terms | Project |
|---|---|---|
| 12-140 | | |

| Quantity | | Description | Rate | Amount |
|---|---|---|---|---|
| 490 | | Mileage from Grand Junction to Denver, 490 mi @ $.50/mi | 0.50 | 245.00 |

REDACTED

| | Total |
|---|---|
| | |

Bighorn Consulting Engineers, Co. 

569 S. Westgate Dr., #1
Grand Junction, CO 81505
(970)241-8709  FAX (970)241-9514

# Invoice 

| Date | Invoice # |
|---|---|
| 12/17/2014 | 3542 |

**Bill To**

The Goodyear Tire & Rubber Company
Nancy Cody
1144 East Market St
Akron, OH  44316

| Job Number | Terms | Project |
|---|---|---|
| 12-140 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 180 | Mileage to Glenwood Springs CO, 180 miles @ $.50/mi | 0.50 | 90.00 |

| | Total |
|---|---|



**Veryst Engineering LLC**
P.O. Box 920029
Needham, MA 02492-
Tel: 781-433-0433 Fax: 781-433-0933
contact@veryst.com
Tax ID: 203715230

Ballard Spahr Li
1225 17th Stree·
Suite 2300
Denver, CO 80〔

Invoice
Invoice Date: Feb 4, 2015
Invoice Num: 2949

:gen S. Bergstrom)

**Goodyear Entran 3 Inves**
**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

**Total Service Amount:** REDACTED

**Reimbursable Expenses:**

# REDACTED

| 1/5/2015 | Jorgen S. Bergstrom | Travel Expense | | | $782.20 |

# REDACTED

| 1/5/2015 | Jorgen S. Bergstrom | Travel Expense | | | $65.00 |

Michael Bulawa

39695 Desert Sun  
Rancho Mirage, CA 92270  
Phone: (760)832-9575  
Email: bulawa@texas.net

**INVOICE**

Number: 4  
Date: 1/19/14  
For: Proof reading Deposition and nortary  
Conference Call review of deposition  
Preparation for Trial and Testimony

Bill To:  
Garfield & Hecht, P.C.  
601 East Hyman Avenue  
Aspen, Colorado 81611  
(970) 925-1936

Molinaro

Payable Upon Receipt

| Date | Description | Amount $ | Comments |
|------|-------------|----------|----------|
| 1/10/2015 | Taxi - DEN to Ballard Spahr | $70.00 | |

REDACTED

| 1/10/2015 | Taxi | $14.00 | |

REDACTED

| 1/11/2015 | Taxi | $29.35 | |

REDACTED

| 1/12/2015 | Taxi(s) | $42.00 | |
| 1/12/2015 | Airfair - Palm Springs(PSP) to Denver(DEN) w/ change fee | $926.20 | |

REDACTED

| 11/13/2014 | Home to PSP, personal car - 64miles RT | $38.40 | |

Billing Rate, $/hr    REDACTED  
Total , $    REDACTED

Total    REDACTED

Notes:  
Please make check payable to: Michael Bulawa  
Thank you

David J Maguire
5697 Abbyshire Dr.,
Hudson, Oh, 44236
Tax ID No. EIN 47 – 1998653

| Invoice |
|---------|
| 3 |

**Bill To:**

The Goodyear Tire & Rubber Company
200 Innovation Way
Akron, OH 44316
330-796-7095
Attention of: Nancy C. Cody, Senior Counsel - Litigation

| Date | Description | Amount |
|------|-------------|--------|
| January 11th | Flight Cleveland to Denver and return | $ 934.20 |
| REDACTED | | |
| January 11th | Taxi Denver airport to Westin hotel | $ 66.15 |
| REDACTED | | |
| January 13th | Taxi Westin hotel to Denver airport | $ 62.00 |
| January 13th | Drive to/from Cleveland airport (60 miles x$0.5 per mile) | $ 30.00 |
| January 13th | Airport parking, Cleveland (3 days) | $ 30.00 |
| | Total | REDACTED |



Tim Saupe Hours and Expenses

Inv # 01292015   Date 1/29/2015   [handwritten notes]

**Date**           **Description**

Jan. 11, 2015      REDACTED
                   Mileage                           54    mi x .56   =$30.24
Jan. 12, 2015      REDACTED
                   Mileage                           55    mi x .56   =$30.80
                   Parking                         $20.00             =$20.00

REDACTED