IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00685-RBJ

DAVID HELMER, FELICIA MUFTIC, and MICHAEL MUFTIC, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER CO., an Ohio corporation,

      Defendant.

---

### ORDER on POST-TRIAL MOTION

---

      This case was tried to a jury January 5-15, 2015, resulting in a verdict in favor of the defendant. Plaintiffs move for judgment as a matter of law on certain issues and for a new trial. The Court has reviewed the motion, response and reply. As the response points out, certain of plaintiffs' evidentiary objections were not contemporaneously raised. The other arguments were considered and rejected by the Court before or during the trial. Having considered them again, the Court is not persuaded to change its rulings. The argument concerning the negligence of non-party Heatway was also mooted by the jury's verdict. The motion [ECF No. 212] is denied.

      DATED this 21st day of May, 2015.

                                                     BY THE COURT:

                                                     _____
                                                     R. Brooke Jackson
                                                     United States District Judge